UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHAROGERLENE COOPER, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> AON HEWITT INVESTMENT ) <br> CONSULTING, INC., ) <br> ) <br> Defendant. ) | Case No. 1:18-cv-05990 <br><br> Judge Sara L. Ellis <br><br> Mag. Judge Sidney I. Schenkier |

**MOTION OF ATTORNEY DAVID L. HARTSELL FOR RELIEF FROM
AN ORDER OF ASSIGNMENT PURSUANT TO LOCAL RULE 83.38(a)(1)**

NOW COMES David L. Hartsell, an attorney and a member of this Court's Trial Bar, and for his motion for relief from an order of assignment pursuant to Local Rule 83.38(a)(1), states as follows:

1. Mr. Hartsell is a partner with the firm of McGuireWoods, LLP, 77 West Wacker Dr., Ste. 4100, Chicago, IL 60601. On February 11, 2019, Mr. Hartsell received a Notice of Electronic Filing of an Order granting Plaintiff leave to proceed in forma pauperis and assigning Mr. Hartsell as Plaintiff's attorney in the captioned matter. (Dkt 5).

2. Upon submitting the names of the parties in the captioned matter for an internal conflicts search, Mr. Hartsell learned that the defendant herein, Aon Hewitt Investment Consulting, Inc., is a wholly-owned subsidiary of Aon Corporation, which McGuireWoods represents in other unrelated matters and which, therefore, presents a conflict of interest in representing Plaintiff in this matter. This matter also presents a positional conflict for McGuireWoods in that the firm maintains a significant labor and employment practice which represents management exclusively.

3. Mr. Hartsell stands ready to receive any alternative assignment that the Court may wish to make.

WHEREFORE, David L. Hartsell respectfully requests that this Court grant his motion for relief from an Order of assignment to represent Plaintiff in the captioned matter, and enter such further relief this Court deems just and appropriate.

Dated: February 21, 2019          Respectfully submitted,

         By: s/ David L. Hartsell

         David L. Hartsell
         McGUIREWOODS LLP
         77 W. Wacker Dr., Ste. 4100
         Chicago, Illinois 60601-1818
         (312) 849-8100
         (312) 849-3690 (fax)
         dhartsell@mcguirewoods.com

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that the foregoing **MOTION OF ATTORNEY DAVID L. HARTSELL FOR RELIEF FROM AN ORDER OF ASSIGNMENT PURSUANT TO LOCAL RULE 83.38(a)(1)** was electronically filed with the Clerk of the Court using the CM/ECF system, with a copy being served by first class United States mail, postage prepaid, and deposited at 77 W. Wacker Drive, Chicago, Illinois, on February 21, 2019 to:

> Sharogerlene Cooper-Sessom
> P.O. Box 25
> Algonquin, IL 60102

s/ David L. Hartsell

113267978_1